1  THOMAS P. QUINN, JR. (SBN 132268)
   NOKES & QUINN
2  410 Broadway, Suite 200
3  Laguna Beach, CA 92651
   Tel: (949) 376-3500
4  Fax: (949) 376-3070
   Email: tquinn@nokesquinn.com
5
6  Attorney for Defendant EQUIFAX INC.

7

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

10

| | |
|---|---|
| SHEILA BYERS, | ) Case No.: 2:18-cv-00430-JAM-GGH |
| | ) |
| Plaintiff, | ) **SECOND STIPULATION TO EXTEND** |
| | ) **TIME TO RESPOND TO COMPLAINT** |
| vs. | ) **AND ORDER** |
| | ) |
| EQUIFAX INC., | ) **Complaint Served**: February 28, 2018 |
| | ) |
| Defendant. | ) **Original Response Date**: March 21, 2018 |
| | ) |
| | ) **Current Response date**: April 20, 2018 |
| | ) |
| | ) **New Response Date**: 30 Days from Filing of |
| | ) Plaintiff's First Amended Complaint |
| | ) |

21

22  Plaintiff SHEILA BYERS ("Plaintiff") and Defendant EQUIFAX INC. ("Defendant"),
23  hereby stipulate as follows:
24    1. Plaintiff served Defendant on February 28, 2018.
25    2. Defendant's initial deadline to respond to the Complaint was March 21, 2018.
26    3. Plaintiff and Defendant initially agreed to extend the time 30 days for Defendant to
27  respond to the Complaint up to and including April 20, 2018, so that Defendant would have
28  additional time to investigate this matter and the parties could explore the possibility of

- 1 –

___

SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND
[PROPOSED] ORDER

settlement. Accordingly, on March 20, 2018, Defendant filed a stipulation between Plaintiff and Defendant to extend Defendant's time to respond to the Complaint up to and including April 20, 2018 (docket # 6).

4. On or about April 10, 2018, Plaintiff informed Defendant that she intended to file a First Amended Complaint. Accordingly, Plaintiff and Defendant agreed that Defendant's deadline to answer, move, or otherwise respond to the Complaint should be further extended to 30 days from the filing date of the First Amended Complaint, and therefore Plaintiff and Defendant submit this second stipulation to extend time to respond to the Complaint.

This change in response deadline will not alter the date of any event or any deadline already fixed by Court order, local rules, or the Federal Rules of Civil Procedure.

Respectfully submitted April 12, 2018:

NOKES & QUINN

/s/ Thomas P. Quinn, Jr.
THOMAS P. QUINN, JR. (Bar No. 132268)
NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com
Attorney for Defendant Equifax Inc.

/s/ Elliot W. Gale (as authorized on 04/10/18)
ELLIOT W. GALE (Bar No. 263326)
SAGARIA LAW, P.C.
3017 Douglas Blvd, Suite 200
Roseville, CA 95661
Tel: (408) 279-2288
Fax: (408) 279-2299
Email: egale@sagarialaw.com
Attorney for Plaintiff

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

## Signature Attestation

I obtained the authorization of Elliot W. Gale to affix his signature to this stipulation and submit this stipulation on his behalf.

April 12, 2018                     /s/ Thomas P. Quinn, Jr.
                                   THOMAS P. QUINN, JR.

## ORDER

Pursuant to stipulation, Defendant Equifax Inc. is granted a further extension to respond to Plaintiff's complaint until 30 days from the date that Plaintiff files her first amended complaint.

**IT IS SO ORDERED**

Dated: 4/12/2018 /s/ John A. Mendez
HONORABLE JOHN A. MENDEZ

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER